| Joseph Wright 19328-030 | Filing Lawsuit |
| FCI Thomson | V.S. |
| Box 1002 | FCI Greenville |
| Thomson, IL 61285 | |

Joseph H. Wright is filing a pro se lawsuit for negligence and safety and sanitation against FCI Greenville in Greenville, Illinois.

Facts:

1. On Sept 26th 2022 I sustained a permanent injury to my leg because of a fall I had in cell. I was on the top bunk at 58 years of age, that did not have a top handle or slip resistant steps, and as I was attempting to get down, I fell and landed on a misplaced locker, which caused me to land awkwardly and the result was I completely broke my fibula. It was pushed into my Tibula

2. After X-rays it was determined that I needed surgery. I was taken in and had surgery to put a titanium plate and 6 screws in my lower leg. I was put in a wheelchair for two months and had to rehab myself.

3. After six months I went in to see what could be done about the continued swelling, discoloration, and scarring and was told after the 6 months whatever my leg looked and felt like was pretty much what I was stuck with.

4. I have limited flexibility and range of motion. I have reoccuring pain and swelling. I have discolor and some sort of blood blister scarring

5. I have had to adjust my footwear. I no longer can wear regular cut shoes, since it rubs the bottom of my plate. The muscle tissue has gotten smaller compared to my other leg which has caused me to make adjustments

6. The safety of the cell was the cause of the injury, since there was not a handle to help secure getting down from the bunk. The ladder consists of a 1x1 angle iron which is very unsafe

7. The locker I landed on is not where it was supposed to be placed. I filed all Administrative Remedies and according to the response of my B.P. 9 from the Warden, all cells are set up in a basic way, and there is a photo of this displayed in every cellhouse.

According to the picture the lockers are supposed to be stocked and secured to the wall at the end of the bank. My cell when I moved into it, had the lockers split, with one at the end of the banks and the other secured to the wall on the side of the banks. This is caused by the negligence of the staff. They run counts, walk throughs, inspections, shakedowns ect. and they can see that there are cells that are altered and they turn a blind eye to it. This occurs by letting inmates come and alter cells and not doing anything about it. Which is the main reason that I was injured.

8. I have filed B.P 8, BP 9, BP 10, BP 11 and received all responses.

9. I filed a tort claim after I was told to after my B.P 10 and 11.

10. I was given less than 6 months to respond after my Tort Claim filing.

11. I have called and written 10 different lawyers for assistance with this issue but the time limits and my limited knowledge of the process has greatly been a disadvantage to me.

12. I have all medical records and pictures of the damage to my leg.

13. Injury will definately have an long term effect of my quality of life, along with my ability to work my job as a union painter from Iowa.

<u>Requests</u>

1. I'am asking for legal assistence, and I om including attempts I have made to secure this myself and up to date responses. I feel I am at a disadvantage by the way the process is set up, without proper legal representation. It becomes very obvious that even when the system knows they are wrong or at fault when they say file suit, and you are left without legal help or the Financial support that they can just push you in a direction where I cant win.

<u>Damages</u>

1. I am asking to be paid $ 100,000 for the negligence of the staff, safety of the cell and pain and suffering, along with permanent injury I am left to deal with the rest of my life.

Case 3:24-cv-01696-SPG Document 1 Filed 07/11/24 Page 5 of 6 Page ID #13

INMATE NAME _Joseph Wright_
REGISTER NUMBER ___19328-030___
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285



United States Courthouse
301 West Main$^{st}$ 1st Floor
Benton, ILLinois
      62812

**RECEIVED**

JUL 11 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE