Joseph H. Wright 19328-030    Plaintiff
        V. S
FC I Greenville                    Defendant

Joseph H. Wright is filing a pro se lawsuit for negligence and safety and sanitation against FCI Greenvill in Greenville, Illinois

### Facts:

1. On Sept. 26th 2022 I sustained a permanent injury to my leg, because of a fell I had in my cell. I was on the top bunk at 58 years of age, that did not have a top handle or slip resistant steps, and as I was attempting to climb down, I fell and landed on a misplaced locker, which caused me to land awkwardly and the result was I completely broke my fibula. It was pushed into my tibula.

2. After x-rays it was determined that I needed surgery. I was taken in and had surgery to put a titanium plate and 6 screws in my lower left leg. I was put in a wheel-chair for two months and had to rehab myself.

3. All activities were effected, showering, sleeping, getting dressed dining-hall ect.

4. After six months I went to see what could be done about the continued pain, swelling, discoloration and scarring and was told after the 6 months, whatever my leg looked and felt like was pretty much what I was stuck with.

5. I have limited flexibility and range of motion. I have reoccurring pain and swelling. I have discolor and some sort of blood blister scarring

6. I have had to adjust my footwear, since I can no longer wear regular cut shoes since it rubs against the bottom of my plate that caused me pain. The muscle tissue has gotten alot smaller compared to my other leg which has caused me to make adjustments.

7. The safety of the cell was the cause of the injury, since there was not a handle to help secure getting down from the bunk. The ladder consists of a 1x1 angle iron which is slick and is very unsafe.

8. The locker I landed on is not where it was supposed to be placed. I filed all Administrative Remedies and according to the response of my B.P 9, from the warden, "all cells are set up in a basic way "standard."

There is a photo posted in all B.O.P. units which shows how the cells are supposed to be set up. All lockers are supposed to be stacked and secured to the ~~wall~~ well of the end of the bunk. When I moved in, one locker was where it was supposed to be and the other was on the side of the 36 in from the bunk. This is caused by the negligence of the staff. They run counts, walk throughs, inspections and shakedowns and they can see that there are cells that are altered, and they turn a blindeye to it. This occurs by letting inmates come and alter cells and not doing anything about it, which is the reason that I was injured.

9. I have filed a B.P 8, B.P 9, B.P 10 and B.P 11 and received all responsed, in which two responses told me to file a tort claim.

10. I filed a tort claim and after waiting 3 months longer then the 6 months allowed, I was given less then 6 months to file suit.

11. I have written and called several different lawyers and firms for assistence. I have enclosed a list of contacts I have made

con 11. a list of contacts and enclosed responses that I received. The time limits and my limited knowledge of the process has greatly been a disadvantage to me.

12. I have all medical records and pictures of the damage to my leg

13. Injury will definctly have a long term effect of my quality of life and along with my ability to work my job as a Union painter from Iowa.

Requests:

1. I am asking for legal assistance, so that I will have a fair chance to be compensated for the damage to my leg, because of the negligence of FCI Greenville.

2. I am asking that the prepaid fees be waived since I am unable to produce that at this time

Joe Wright 19328-030
8/1/24



con't. Facts

14. I do have 3 witnesses that can verify the facts that I have stated. I am including one statement from the person that lived in the bunk before I did, Mike Sutton. I am in contact with Chris Diamond who was there before I was, and then was my roommate and both of these witnesses will testify to the set up of the cell, and the injury I received. There is one more witness I am attempting to contact who also was my roommate after my injury, but knows the set-up of the room which caused my injury.

Joe Wright 19328-030
8/1/24

Joseph Wright 19328-030
FCI Thomson
Box 1002
Thomson, IL 61285



Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Ave.
East St. Louis, Illinois
62201

MAIL CLEARED US MARSHALS

RECEIVED

AUG 1 2 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE