# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Joseph Wright #19328-030  
FPC Leavenworth  
Box 1000  
Leavenworth, KS. 66048  
*Plaintiff(s)/Petitioner(s)*

v.

United States of America

Washington D.C.

*Defendant(s)/Respondent(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 24-cv-01699-JPG  
*(Clerk's Office will provide)*

☐ CIVIL RIGHTS COMPLAINT  
pursuant to 42 U.S.C. §1983 (State Prisoner)  
☐ CIVIL RIGHTS COMPLAINT  
pursuant to 28 U.S.C. §1331 (Federal Prisoner)  
☑ CIVIL COMPLAINT  
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

## I.     JURISDICTION

**Plaintiff:**

A.     Plaintiff's mailing address, register number, and present place of confinement. Joseph Wright 19328-030  
FPC Leavenworth  
Box 1000  
Leavenworth, KS. 66048

**Defendant #1:**

B.     Defendant __United States of America__ is employed as  
　　　　　　　(a)　　　(Name of First Defendant)

_____  
　　　　　　　(b)　　　　　(Position/Title)

with _____  
　　　　　　　(c)　　　(Employer's Name and Address)

__Washington D.C.__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If your answer is YES, briefly explain:

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _____is employed as

(Name of Second Defendant)

_____

(Position/Title)

with _____
(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☐ Yes    ☐ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Rev. 10/3/19

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☒No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):

Defendant(s):

2.    Court (if federal court, name of the district; if state court, name of the county):

3.    Docket number:

4.    Name of Judge to whom case was assigned:

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

7.    Approximate date of filing lawsuit:

8.    Approximate date of disposition:

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III.    **GRIEVANCE PROCEDURE**

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☒ Yes    ☐ No

C.    If your answer is YES,
1.    What steps did you take?

Filed B.P. 8 , B.P. 9 , B.P. 10 , B.P. 11

2.    What was the result?

Exhausted all my remedies, and told to file lawsuit.

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☐ Yes    ☐ No

F.    If your answer is YES,
1.    What steps did you take?

Rev. 10/3/19

2.    What was the result?

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

Rev. 10/3/19

| | |
|---|---|
| Joseph Wright 79328-030<br>FPC Leavenworth<br>Box 1000<br>Leavenworth, KS. 66048 | Filing Lawsuit<br>VS.<br>United States of<br>America |

Joseph H. Wright is filing a prose law-
suit for negligence and safety and
sanitation against the United States of
America.

Facts:

1. It is my constitutional right to be
provided a safe and secure place of
confinement while in Federal custody.
2. On Sept. 26th 2022 I sustained a
permanent injury to my left leg because
of a fall I had in a cell that I was
assigned to. I was on the top bunk
at 58 years of age, that did not have
a top handle or slip resistent steps
and as I was attempting to get down,
I fell and landed on a misplaced locke
which caused me to land awkwardly and
the result was I completely broke my
fibula, that was pushed against my Tibula.

3. After x-rays it was determined that I needed surgery. I was taken in and had surgery to put a titanium plate and 6 screws in my lower leg. I was put in a wheelchair for two months and had to rehab myself.

4. After 6 months I went in to see what could be done about the continued swelling, discoloration, pain and scarring and was told "After the 6 months whatever my leg looked and felt like was pretty much what I was stuck with.

5. I have limited flexibility and range of motion. I have reoccurring pain and swelling. My foot has discolor and some sort of bloodblister scarring. My calf muscle is substantially small then my right leg. The circulation is affected that causes my some sort of cramping daily. All of these things have caused me to make adjustments in my daily life.

6. The safety of the cell was the cause of the injury, since there was not a handle to help secure getting down from the bunk. The ladder consists of a 1x1 angle which is very unsafe, and does

not follow OSHA rules, of some form of safety rail for climps over 36 in. The locker I landed on was in a place where according to the B.O.P is a standard cell. According to the warden all B.O.P cells are standard. According to the pictures posted on every unit for standard cells, the lockers are supposed to be stacked and secured to the wall at the end of the bunk. My cell when I moved into it, had the lockers split, with one at the end of the bunks and the other secured to the wall on the side of the bunks. This is caused by the negligence of the staff. All employees of the United States of America. They run counts, walk throughs, inspections, shakedowns, ect and they can see that there are cells that are altered and they turn a blindeye to it. This occurs by letting C.M.S inmates come and alter cells for stamps and not doing anything about it. Which is the main reason that I injured.

7. I have filed B.P.8, B.P.9, B.P.10 B.P.11 and received all responses.

8. I filed a tort claim after I was told to after my B.P.10 and 11

9. I have called and written 10 different lawyers for assistance with this issue, but the time limits and my limited knowledge of the process has greatly been a disadvantage to me.

10. I have all medical records and pictures of the damage to my leg.

11. The injury I sustained will definately have a long term effect of my quality of life, along with my ability to work my job as a union painter from Iowa. I am also dealing with pain and suffering daily. I have had to adjust my footwear, my exercise routine and plans upon my release.

Requests - Damages
I am asking to be paid $ 1,000,000 for the negligence of the staff, safety of the cell and pain and suffering along with the permanent injury, I am left to deal with the rest of my life.          Joe Wright   8/23/25

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

See ~~attached~~ pages
attached

Rev. 10/3/19

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I am seeking monetary award of $1,000,000.00 for pain and suffering and having a permanent life-long injury.

## VI.    JURY DEMAND *(check one box below)*

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: ___2/21/25___
(date)

FPC Leavenworth

___Box 1000___
Street Address

___Leavenworth KS. 66048___
City, State, Zip

_____
Signature of Plaintiff

___Joseph Wright___
Printed Name

___19328-030___
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

# Joseph Wright
**10/4/2022  9:47 AM  Admission**

**Description: Male DOB: 10/2/1964**
**Location: HSHS HOLY FAMILY HOSPITAL GREENVILLE**

## Patient Information

| Patient Name | Legal Sex | DOB | SSN |
|---|---|---|---|
| Wright, Joseph | Male | 10/2/1964 | xxx-xx-9999 |

### Op Note by Kevin G Koth, DO at 10/04/22 1509

| | | |
|---|---|---|
| Author: Kevin G Koth, DO | Service: Orthopedics | Author Type: Physician |
| Filed: 10/04/22 1519 | Date of Service: 10/04/22 1509 | Creation Time: 10/04/22 1509 |
| Status: Signed | Editor: Kevin G Koth, DO (Physician) | |

Preop diagnosis: Trimalleolar left ankle fracture displaced
Postoperative diagnosis: Same
Procedure: Left ankle fracture open reduction internal fixation 27822
Surgeon: Dr. Kevin Koth
Assistant: Casey
Anesthesia General.
Blood loss was minimal
Tourniquet time refer the chart for details.
Complications: None
Specimens: None

**SCANNED**
FCI/FPC Greenville, IL
100 US Route 40
Greenville, IL 62246

# 19328-030

Hardware utilized:
Stryker axos ankle solution 4-hole distal fibula plate

Indication for procedure
Patient is a 58-year-old male in prison that sustained a fall developed a left trimalleolar ankle fracture was seen evaluated in the prison risks and benefits were discussed with the patient he understood the risks and benefits and wished to proceed with surgical intervention.

Description procedure:
Patient was met the preoperative holding area opposite was marked identified taken the operating placed under anesthesia.  His left leg was prepped draped normal sterile fashion struggling out was complete. We then exsanguinated the leg with an Esmarch tourniquet plated to 300 mmHg. We then planned our incision and anatomic landmarks.

Made a longitudinal incision over the distal fibula control bleeding electrocautery we were able to protect the superficial peroneal nerve throughout the remainder of the case.  I was able to remove all of the soft tissue interposed in the bone fragments with a curette. Once this was completed I was unable to utilize a freer to shoehorn in and near anatomically reduced the fracture fragments. I then utilized a 2 lobster-claw clamps and reduced the fracture and clamped it near anatomically.  I then placed my 4-hole plate into position confirmed with fluoroscopy on the AP and the lateral we then placed a cortical screw proximally and a 1 cortical screw distally. We then proceeded to place an additional locking screw to locking screws distally an additional cortical screw was applied we took fluoroscopic images of the AP and lateral and showing near anatomic reduction. We then drilled and placed an additional proximal cortical screw and additional locking screw. Once were satisfied with the overall alignment placement of hardware we then irrigated wound copiously. We did a stress view and confirmed there was no further displacement of the medial malleolus. We then proceeded to irrigate the wound copiously.  I then closed the skin with 2-0 Vicryl inverted erupted fashion final skin closure was with skin staples sterile dressings applied patient placed in boot sent to the PACU in stable condition

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

| From: | Wright    Joseph  E, | 19329-030 | 4-B | FCI Greenville |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

On October 4th, 2022, I had to have surgery and have a plate and six screws put in my left leg. This happened because as I was trying to get out of bed to use the bathroom, I slipped off the top bunk and broke my ankle. There are no traction tape on the ladder rungs which caused me to slip and there is no handle on the top, so that I could have grabbed hold of and not ended up falling and breaking my leg. The cabinet is 36" away from the bunk which caused me to fall awkwardly. These three issues I blame as the reason that I now have a permanent injury to my leg. It is affecting the quality of life and affecting the other parts of my body also. This is something that will alter the quality of life for the rest of my life. Everytime I have tried to explain my situation to officers or medical staff, all I heard was "tell us what really happened." I have gone through a lot of pain with this and am still in the process of trying to rehab this injury and see that I still have a long way to go but also see it will never be the same. I would like to be compensated for the permanent damage to my leg. I was told to use this form since my BP-8 could not be resolved.a                        thank you.

| 1/24/22 | |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

| | |
|---|---|
| DATE | |
| | WARDEN OR REGIONAL DIRECTOR |

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|---|

SUBJECT: _____

| DATE | | RECIPIENT'S SIGNATURE (STAFF MEMBER) |
|---|---|---|

BP-229(13)
APRIL 1982

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball–point pen.  If attachments are needed, submit four copies.  One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: __Wright    Joseph    H.__    __19328-030__    __4-B__    __FCI Greenville__
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　　REG. NO.　　　UNIT　　　　INSTITUTION

**Part A—REASON FOR APPEAL**

I am appealing because both my BP-8 and 9 could not remedy my complaint. I was injured and had to have surgery. I had a plate and (6) screws put in my leg. I am still in the process of trying to rehab this. This was caused because of the safety in my cell. I fall from my bunk bec because the steps on the ladder of the bunk are 1" by 1" welded to 1 1/2 x 1 1/2 angle iron. The

There is no safety strip on them and are slick. There is no handle for me to grab, so I could not stop my fall. There is a cabinet 36" from the bunk which I fall into and caused me to break my leg. These three factors caused me pain and suffering that I am still dealing with. I would like to be compensated for all the damage done to my body from the unsafe conditions in my cell.

_____            _____
　　　　DATE　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B--RESPONSE**

_____            _____
　　　　DATE　　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE　　　　　　　　　CASE NUMBER: _____

**Part C--RECEIPT**

　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

BP-230(13)
APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Wright       Joseph       H.**          **19329-030**       **4-B**       **FCI Greenville**
       LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A- INMATE REQUEST** On October 4, 2022, I was taken to an outside Hospital for surgery on my leg where (6) screws were placed in the leg. This happened as I attempted to get down from the top bunk. I slipped on the top rung of the ladderand broke my ankle. There is no adhesive tape on the rungs, moreover no safety handle is provided creating a safety hazzard. I have tried without success to have staff address this situation, I am permantly disabled for the rest of my life and my quality of life is clearly changed.  The non action by administration violates the mandate of Farmer v. Brennan 511 U.S. 825(1994), and the core principles of deliberate indifference as held in Petties v. Carte 836 F.3d 722 (7th Cir 2016). Failure to address this serious matter is shown b the record and when aware of facts supporting inference that a substantial ris of harm exists, and the administration takes no action or fails to address the claim, the holding of Peterson v Wexford Health Services Inc, 986 F.3d 746-752 (7th Cir 2021) provides a path for remedy i.e. Title 42 U.S.C.§ 1983 for compensation for injury. I ask this administration address this matter and fin a solution otherwise the matter will be addressed in Federal Court.

3/12/23
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____          _____
DATE                     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____                    _____
DATE                               RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 22, 2023


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSEPH HENRY WRIGHT, 19328-030
      GREENVILLE FCI    UNT: 1 GP    QTR: D05-117L
      P.O. BOX 4000
      GREENVILLE,  IL 62246


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1143442-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : FEBRUARY 14, 2023
SUBJECT 1       : SAFETY, SANITATION, ENVIRONMENTAL CONDITIONS
SUBJECT 2       : REQUESTS FOR MONETARY COMPENSATION
INCIDENT RPT NO:

REJECT REASON 1: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : ALL FOUR COPIES OF YOUR BP11 FORM SHOULD BE LEGIBLE.

Case 3:24-cv-01899-GCS    Document 24    Filed 02/03/25    Page 17 of 20    Page ID #124

**Administrative Remedy Number:** 1143442-R1

This is in response to your Regional Administrative Remedy Appeal received December 30, 2022. You allege that you were injured due to the conditions of the bunk bed in your cell being unsafe. For relief, you would like to be compensated for the damage done to your body.

A review of your request reveals your complaint was appropriately addressed in the Warden's response dated December 8, 2022. The Bureau of Prisons is committed to providing both staff and inmates a safe and healthful living and working environment.

Your electronic medical record reveals you have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary. Given this, we shall defer diagnostic and treatment interventions to the Health Services staff at the local level, who will continue to monitor your healthcare needs. You are encouraged to utilize local sick call procedures if you feel your condition has worsened or requires further evaluation.

Additionally, Program Statement 1330.18, Administrative Remedy Program, states, "If an inmate raises an issue in a request or appeal that cannot be resolved through the Administrative Remedy Program, the Bureau will refer the inmate to the appropriate statutorily-mandated procedures." Monetary damages may not be awarded via the administrative remedy process. If you wish to seek monetary compensation based on the negligence of staff, you must file your claim through the administrative procedures applicable to the basis of your claim (31 U.S.C. § 3723 or the Federal Tort Claims Act).

Based on the above, this response to your appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_01/10/2023_
Date

_Andre Matevousian, Regional Director_

# FEDERAL CORRECTIONAL INSTITUTION
# GREENVILLE, ILLINOIS

## PART B - RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #1143442-F1

This is in response to your Request for Administrative Remedy #1143442-F1, received in the Warden's office on December 2, 2022, wherein you state there is no grip tape on the ladder rungs of the housing unit bunks or grab handles resulting in you slipping, injuring your leg, and are now requesting monetary compensation.

Upon review of this matter, it was determined all cells at the Federal Correctional Institution (FCI) in Greenville, Illinois are set up in accordance with Bureau of Prisons (BOP) policy, American Correctional Association (ACA) standards, and the National Fire Protection Association (NFPA) 101 Life Safety Code.

In regard to your injury, you are being seen by Dr. Koth, underwent a surgery to repair the damage, and have had several follow up visits with him, and are still under his care.

Based on this information, your request for administrative remedy is for informational purposes only.

If you are not satisfied with this decision, you may appeal to the Regional Director at: Bureau of Prisons, North Central Regional Office, 400 State Avenue, Tower II, 8th Floor, Kansas City, Kansas 66101. Your appeal must be received in the North Central Regional Office within 20 days of the date of this response.

E. Williams, Warden

12-08-2022
Date

Joseph W
FPC Leavenworth
Box 1000
Leavenworth, KS. 66048



KANSAS CITY 640
25 FEB 2025 AM

Clerk of the Court
U.S. District Court
Southern District of Illinois

750 Missouri Ave.

East St. Louis, IL.

62201

MAIL CLEARED
US MARSHALS



RECEIVED

MAR 0 3 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE